■ MIDFIRST BANK, Respondent, v JOSEPH AJALA, Appellant, et al., Defendants. [44 NYS3d 771]—In an action to foreclose a mortgage, the defendant Joseph Ajala appeals from an order of the Supreme Court, Westchester County (Lefkowitz, J.), dated March 20, 2013, which denied his motion to vacate a judgment of foreclosure and sale of the same court dated July 2, 2012.

Ordered that the order is affirmed, with costs.

Contrary to the appellant's contentions, he waived the defenses of lack of standing, statute of limitations, and personal jurisdiction by failing to raise them in his answer or in a preanswer motion to dismiss (*see* CPLR 320 [b]; 3211 [a] [5], [8]; [e]; *South Point, Inc. v Rana*, 139 AD3d 935, 935-936 [2016]; *Ferri v Ferri*, 71 AD3d 949, 950 [2010]).

The appellant's remaining contentions are without merit.

Accordingly, the Supreme Court properly denied the appellant's motion to vacate a judgment of foreclosure and sale. Rivera, J.P., Austin, Roman and Connolly, JJ., concur.